IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DENNIS D. DODSON, # M36253,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 14-cv-393-JPG |
| | ) |
| **MENARD CORRECTIONAL CTR.,** | ) |
| **C/O BARFIELD, and C/O BENEFIELD,** | ) |
| | ) |
| **Defendants.** | ) |

# MEMORANDUM AND ORDER

**GILBERT, District Judge:**

This case was opened on March 28, 2014, when Plaintiff filed a civil rights complaint (Doc. 1) pursuant to 42 U.S.C. § 1983.  Upon review of the complaint (Doc. 1 in this action), it is clear that Plaintiff intended to file the instant pleading as an *amended* complaint in *Dodson v. Menard Correctional Center, et al.*, No. 14-cv-109-JPG (S.D. Ill. filed January 31, 2014) ("prior action"), another action that is pending before this Court.   This Court dismissed the original complaint that was filed in the prior action on February 28, 2014.  However, the dismissal was without prejudice, and Plaintiff was granted leave to file an amended complaint stating any facts to support his § 1983 claim by April 3, 2014 (Doc. 7) (prior action).  Plaintiff filed this complaint (Doc. 1 in this action) prior to that deadline.  In substance, it is clearly related to the original complaint filed in the prior action; therefore, the instant case is duplicative of the prior action.

Accordingly, the **CLERK** is **DIRECTED** to **CLOSE** this case.  No filing fee is to be assessed for this action (Case No. 14-cv-393-JPG).  Further, the **CLERK** is **DIRECTED** to file

the complaint (Doc. 1 in this action) as the First Amended Complaint in *Dodson v. Menard Correctional Center, et al.*, No. 14-cv-109-JPG (S.D. Ill. filed January 31, 2014).

    **IT IS SO ORDERED.**

    **DATED:  April 2, 2014**

<u>s/J. Phil Gilbert</u>
**U.S. District Judge**
